**FILED**

08/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0289

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0289

IN THE MATTER OF:

C.K.,

    A Youth in Need of Care.

## GRANT OF EXTENSION OF TIME

    Appellant Mother, through counsel, seeks a 45-day extension of time to file her opening brief on appeal. Counsel represents that the State does not object to an extension of 30 days. Upon consideration of the motion and counsel's affidavit, the Court finds good cause for the requested extension. Further extensions will not be granted.

    IT IS THEREFORE ORDERED that the Appellant is granted an extension of time until October 11, 2021, to prepare, serve, and file the Opening Brief.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 13 2021